160 A.3d 1237

**ATTORNEY GRIEVANCE COMMISSION OF MARYLAND, Petitioner**

v.

**Susan Myra Geller KIRWAN, Respondent**

**Misc. Docket AG No. 114, Sept. Term, 2016**

Court of Appeals of Maryland.

May 30, 2017

## ORDER

The Court of Appeals of Maryland, having indefinitely suspended Susan Myra Geller Kirwan, Respondent, from the practice of law in the State of Maryland by an Opinion and Order filed November 21, 2016 in Misc. Docket AG No. 52, September Term, 2015, now has before it a Joint Petition for Discipline By Consent filed pursuant to Maryland Rule 19–736 by the Attorney Grievance Commission of Maryland, Petitioner, and Susan Myra Geller Kirwan, Respondent, based upon two additional complaints; and upon consideration thereof, it is this 30th day of May, 2017,

ORDERED, by the Court of Appeals of Maryland, that Respondent's indefinite suspension from the practice of law shall continue in effect as the sanction for professional misconduct related to Respondent's representation of Charity Eze

and Jeffrey Wagner as set forth in the Joint Petition, wherein Respondent acknowledges that sufficient evidence could be produced in the Eze matter to sustain violations of Rules 1.1, 1.3, 1.4(a)(2)–(3) & (b), 1.16(a), 8.1(b) and 8.4(d) of the Maryland Lawyers' Rules of Professional conduct (MLRPC) in effect prior to July 1, 2016, and that sufficient evidence could be produced in the Wagner matter to sustain violations of Rules 1.1, 1.3, 1.4(a)(2)–(3) & (b), 8.1(b) and 8.4(d) of the MLRPC.